United States Court of Appeals
Fifth Circuit

**F I L E D**

June 20, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-41268
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

OSCAR ADAHIR ROSAS-PULIDO,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:06-CR-585-1
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Oscar

Adahir Rosas-Pulido (Rosas) has moved for leave to withdraw

and has filed a brief in accordance with <u>Anders v. California</u>,

386 U.S. 738 (1967).  Rosas has not filed a response.  Our

independent review of the brief and the record discloses no

nonfrivolous issue for appeal.  Accordingly, the motion for

leave to withdraw is GRANTED, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u>

5TH CIR. R. 42.2.

--------------------

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.